THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVIA B. JAMES, an individual,<br><br>Plaintiff,<br>and<br><br>COMCAST OF WILLOW GROVE, a fictitious name for COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 2:18-cv-01139 MAT<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>(Clerk's Action Required) |

## **STIPULATION**

All the undersigned parties hereby stipulate to dismissal of this action under Rule 41(a)(1) with prejudice, and without an award of costs to and fees to any party. A proposed form of order accompanies this stipulation.

DATED: June 4, 2019

| | |
|---|---|
| CLINE AND ASSOCIATES INC. | FISHER & PHILLIPS LLP |
| By: s/ Loyd Willaford (*with permission*)<br>Loyd Willaford, WSBA #42696<br>Cline & Associates<br>520 Pike Street, Suite 1125<br>Seattle, WA 98101<br>Phone: 206-838-8770<br>Attorneys for the Plaintiff | By: s/ Clarence M. Belnavis<br>Clarence M. Belnavis, WSBA #36681<br>Margaret Burnham, WSBA #47860<br>Fisher & Phillips LLP<br>1201 Third Ave., Suite 2750<br>Seattle, WA 98101<br>Attorneys for the Defendant |

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE (18-01139 MAT) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 35489043.2

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

DATED this  5th  day of  June , 2019.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE (18-01139 MAT) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 35489043.2